Same case below, 607 F.3d 133.

No. 10-5894. Derrick Courtney, Petitioner v. Mike Knowles, Warden.

562 U.S. 941, 131 S. Ct. 357, 178 L. Ed. 2d 231, 2010 U.S. LEXIS 7342.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 379 Fed. Appx. 591.

No. 10-5896. Adam Eugene Martin, Petitioner v. United States.

562 U.S. 941, 131 S. Ct. 357, 178 L. Ed. 2d 231, 2010 U.S. LEXIS 7182.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 377 Fed. Appx. 395.

No. 10-5902. Calvin E. Wright, Petitioner v. Jeri Ann Sherry, Warden.

562 U.S. 941, 131 S. Ct. 357, 178 L. Ed. 2d 231, 2010 U.S. LEXIS 7426.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 10-5903. Jeffrey Thercy, Petitioner v. United States.

562 U.S. 941, 131 S. Ct. 357, 178 L. Ed. 2d 231, 2010 U.S. LEXIS 7197.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-5905. Andres Wilfredo Torriente, Petitioner v. United States.

562 U.S. 941, 131 S. Ct. 357, 178 L. Ed. 2d 231, 2010 U.S. LEXIS 7609.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 378 Fed. Appx. 294.

No. 10-5907. Ivan Cabrera, Petitioner v. California.

562 U.S. 941, 131 S. Ct. 358, 178 L. Ed. 2d 231, 2010 U.S. LEXIS 7287.

October 4, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

No. 10-5908. Osvaldo Rodriguez-Casiano, Petitioner v. United States.

562 U.S. 941, 131 S. Ct. 358, 178 L. Ed. 2d 231, 2010 U.S. LEXIS 7299.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

No. 10-5911. Johnny Jay Lacy, Petitioner v. United States.

562 U.S. 941, 131 S. Ct. 358, 178 L. Ed. 2d 231, 2010 U.S. LEXIS 7184.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 379 Fed. Appx. 316.